UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 3: 13

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STANLEY LERNER | : |
| v. | : CASE NO. 3:02CV964 (AWT) |
| PAUL A. ALLAIRE, WILLIAM F. BUEHLER, BARRY D. ROMERIL, ANNE M. MULCAHY, G. RICHARD THOMAN, and XEROX CORPORATION | : |

### JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss or stay, before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a ruling granting the motion to dismiss and denying the motion to stay as moot, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Anne M. Mulcahy, G. Richard Thoman, and Xerox Corporation.

Dated at Hartford, Connecticut, this 24th day of November, 2003.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD _____